IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

JUSTIN GLOVER,

     Plaintiff

v.                                     Case No.: 3:13-cv-04725

QUALITY AIR TECHNOLOGIES, LTD.,

     Defendant

_____/

## ORIGINAL COMPLAINT
## AND DEMAND FOR JURY TRIAL

COMES NOW the Plaintiff, JUSTIN GLOVER, by and through his undersigned attorneys to sue the Defendant, QUALITY AIR TECHNOLOGIES, LTD., and in support thereof states the following:

1.     Plaintiff brings this action for overtime compensation and other relief under the Fair Labor Standards Act, as amended, 29 U.S.C. §216(b).

2.     Plaintiff is an individual residing in Texas who worked for Defendant from April 2011 to August 2013. Plaintiff worked as a helper and as a service technician, doing mechanical and electrical maintenance work on air filters for paint booths, among other duties.

3.     Defendant is a limited partnership formed and existing under the laws of the State of Texas that at all times pertinent to this Complaint was engaged in business in Texas.

4.     Jurisdiction is conferred on this Court by 28 U.S.C. §1331 and 29 U.S.C. §216(b). At all times pertinent to this Complaint Defendant was engaged in interstate commerce. Additionally, Plaintiff was individually engaged in interstate commerce, doing work essential to

*Glover v. Quality Air Technologies*
Original Complaint

Defendant's business.  Venue is proper in this district under 28 U.S.C. §1391(b)(1), as the Defendant is based in the Northern District of Texas.

5.    During one or more weeks of Plaintiff's employment with Defendant, Plaintiff worked in excess of forty (40) hours (overtime hours).

6.    During one or more weeks of Plaintiff's employment with Defendant wherein Plaintiff worked overtime hours, Defendant failed to pay Plaintiff one and one-half times his regular rate of pay for each of his overtime hours worked.

7.    The acts described in the preceding paragraphs violate the Fair Labor Standards Act, which prohibits the denial of overtime compensation for hours worked in excess of forty (40) per workweek.  Defendant willfully denied Plaintiff's right to overtime compensation under the FLSA.

8.    As a result of Defendant's unlawful conduct, Plaintiff is entitled to actual and compensatory damages, including the amount of overtime which was not paid and which should have been paid.

9.    Plaintiff further seeks liquidated damages as a result of Defendant's willful failure and refusal to pay overtime in violation of Section 7 of the FLSA, 29 U.S.C. §207.

10.    Plaintiff also seeks compensation of the out of pocket expenses and costs of court associated with bringing the present action, as well as reasonable attorney's fees pursuant to 29 U.S.C. §216(b).

WHEREFORE, PREMISES CONSIDERED, Plaintiff requests that:

1.  The Court assume jurisdiction of this cause and that Defendant be cited to appear;

2.  The Court hold Defendant liable and award the damages set out above to Plaintiff;

*Glover v. Quality Air Technologies*
Original Complaint

3.  The Court award Plaintiff reasonable attorney's and expert fees and costs;

4.  The Court award Plaintiff pre- and post-judgment interest at the highest rates allowed.

Plaintiff further prays for any such other relief as the Court may find proper, whether at law or in equity.

## JURY TRIAL DEMAND

Plaintiff demands a jury trial on all issues so triable.

Respectfully submitted,

ROSS LAW GROUP, P.C.

By:

*Vijay Pattisapu*

Vijay A. Pattisapu
Attorney in Charge
Texas Bar No. 24083633
Charles L. Scalise
Texas Bar No. 24064621
Daniel B. Ross
Texas Bar No. 00789810
540 E. Pleasant Run Road
DeSoto, TX 75115
(214) 716-4597 Telephone
(855) 867-4455 Facsimile
vijay@rosslawgroup.com

Attorneys for Plaintiff